IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: Deborah Mamukuyomi | § | CASE NO:   13-30636-H5-13 |
| DEBTOR(S) | § | |
| | § | CHAPTER 13 |
| | § | |

**DEBTOR'S AMENDED MOTION TO MODIFY CONFIRMED PLAN**
October 16, 2014

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

The Debtor files this Amended Motion to Modify her Confirmed Plan.

1.   **HISTORY OF CASE**.  This case was filed on February 04, 2013. The plan was confirmed on April 16, 2013.

2.   **REASON FOR MODIFICATION**.  The plan is modified to provide for the agreed order docket #68 for the correct pre-petition arrearage amount of $6,982.50 to Ventures Trust, c/o BSI Financial Services Inc.

3.   **PLAN PAYMENTS.**  The current plan (as modified through this date) requires payments as follows:

       A.      Months:  1-60      Payment: $1,075.00

4.  **PAYMENTS PREVIOUSLY MADE.** As of the date this motion was filed, the Debtor(s) have made payments to the chapter 13 trustee totaling $22,954.36. Attached as Exhibit "A" is a schedule of all amounts received by the chapter 13 trustee.

5.  **FUTURE PROPOSED PLAN PAYMENTS (AS MODIFIED).** The proposed modified plan attached hereto as Exhibit "B" requires payments as follows:

    A.  Months    1-19      Payment: $1,147.71
    B.  Months    20-20     Payment: $1,147.87
    C.  Months    21-36     Payment: $1,595.00

6.  **CURRENT DEFAULTS.** The Debtor(s) is currently in default on payments to the chapter 13 trustee as follows:

    Dollar amount in default:          $1,267.28
    Number of Months in default:       .84
    Last payment made:                 October 1, 2014
    Amount of last payment:            $248.08

7.  **PROPOSED PLAN MODIFICATIONS**:

    A.  All Payments defaults set forth herein are cured by this modification.

    C.  To provide for the agreed order docket #68 for the correct pre-petition arrearage amount of $6,982.50 to Ventures Trust, c/o BSI Financial Services Inc.

8.  **INTERIM PAYMENTS.** Payments due under this modification will commence on the first due date after this modification is filed, whether or not the modification has yet been approved by the Court.

9.  **BUDGET.** The Debtor's schedules "I" and "J" that the Debtor(s) request to be considered with this modification are attached as Exhibit "C".

10. **ATTORNEYS' FEES (Check one):**

    _____ Debtor(s)' counsel shall be paid_____ as a fixed fee for this modification. This box may not be checked if the modification was proposed within 120 days of the date on which the plan was confirmed.

    __X__ If Debtor(s)' counsel seeks compensation, a separate application will be filed. If no application is filed, no compensation will be paid.

Signature of Clients Verify Accuracy of the Motion:

*/s/* Deborah Mamukuyomi   October 16, 2014
**Deborah Mamukuyomi**   Date

Respectfully submitted,

*/s/ Patrick J. Gilpin, Jr.*
Patrick J. Gilpin, Jr
TX Bar 24044739
5151 Katy Freeway, #200
Houston, Texas 77007
(713) 869-9200
(713) 869-9100 Fax
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I certify that on October 16, 2014, a true and correct copy of the Debtor's Amended Motion to Modify Confirmed Plan, Order Modifying Confirmed Chapter 13 Plan, Trustee's Receipts, Amended Chapter 13 Plan and Amended Schedules I and J was served by regular U.S. Mail, postage prepaid, to all creditors and parties in interest listed on Service List, attached hereto.

*/s/ Patrick J. Gilpin, Jr.*
Patrick J. Gilpin, Jr

## VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE & CHAPTER 13 TRUSTEE

I certify under penalty of perjury that on or about October 16, 2014, a copy of Debtor's Amended Motion to Modify Confirmed Plan, Order Modifying Confirmed Chapter 13 Plan, Trustee's Receipts, Amended Chapter 13 Plan and Amended Schedules I and J was served by the Clerk of the Court electronically to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002 and on William Heitkamp, Chapter 13 Trustee.

*/s/ Patrick J. Gilpin, Jr.*
Patrick J. Gilpin, Jr